UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.J., *individually and on behalf of her minor child*, C.W.,

                    Plaintiffs,

          v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                    Defendant.

No. 25-CV-7892 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The Court previously adjourned the deadline for the parties to submit a joint letter proposing a briefing schedule for any motions, including motions for summary judgment, *sine die* pending the filing of an Answer by Defendant. Dkt. 7, 10. The Defendant has now filed an Answer. Dkt. 12. Within two weeks of the date of this Order, the parties shall submit a joint letter proposing such a briefing schedule.

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

                    Ronnie Abrams
                    United States District Judge